**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Evan C. Centeno,<br><br>           Plaintiff(s),<br><br>vs.<br><br><br>Charles Daniels, *et al*.,<br><br>           Defendant(s). | 2:22-cv-01606-MDC<br><br>**Order** |

      This case has been assigned to the undersigned magistrate judge by random draw. On May 17, 2024, undersigned counsel conducted a settlement conference. As a result, and with good cause appearing, the Honorable Maximiliano D. Couvillier III recuses himself from this action.

      ACCORDINGLY,

      IT IS SO ORDERED that this case is referred to the Clerk of Court for random reassignment to another magistrate judge.

      Dated this 22nd day of May 2024.

                                                                       _____<br>
                                                                     Hon. Maximiliano D. Couvillier III<br>
                                                                     United States Magistrate Judge