AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVAN C. CENTENO,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>    Defendants. | Case No. 2:22-cv-01606-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Evan Centeno, pro se, and Defendants, Charles Daniels, Calvin Johnson, Jeremy Bean, James Scally, and Julio Calderin (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and order that the above-captioned action is dismissed with prejudice as to all claim against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 11th day of December, 2024.    DATED this 11th day of December, 2024.

                                                                         AARON D. FORD
                                                                         Attorney General

By: _____    By: */s/ Samuel L. Pezone Jr.*
Evan Centeno #88444             SAMUEL L. PEZONE JR. (Bar No. 15978)
Plaintiff, Pro Se               Deputy Attorney General

**IT IS SO ORDERED**

**DATED:** 9:58 am, January 03, 2025

**BRENDA WEKSLER**    Page 1 of 1
**UNITED STATES MAGISTRATE JUDGE**